HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO MELGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00192-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| vs. | |
| FRANCISCO MELGOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Christopher Baker, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Francisco Melgoza, that the briefing schedule previously set on November 23, 2021, be modified as set forth below, and that the motion hearing currently set for Friday, January 14, 2022, be continued to Friday, January 21, 2022.

The defense filed its motion suppress in this matter on December 10, 2021. *See* Dkt. #23. The government filed its opposition on December 31, 2021. *See* Dkt. #24. Defense counsel has contacted government counsel and requested an additional week in order to file its reply and the government has indicated that it does not object. Accordingly, the parties request that the November 23, 2021 briefing schedule be modified, and that the motion hearing date be modified, as set forth below:

//

- Any defense reply to be filed on or before January 18, 2022
- Motion hearing to be set on January 21, 2022, at 9:00 a.m. before the Honorable Dale A. Drozd, United States District Court Judge

The parties agree that the delay resulting from the continuance to January 21, 2022, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 6, 2022          */s/ Christopher Baker*
                               CHRISTOPHER BAKER
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 6, 2022          */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               FRANCISCO MELGOZA

# **O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified in accordance with the above. Any defense reply is to be filed on or before January 18, 2022. A hearing on the motion is hereby set for January 21, 2022, at 9:00 a.m. before the Honorable Dale A. Drozd, United States District Court Judge.[1]

Time shall be excluded between January 14, 2022, and January 21, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated: **January 6, 2022**

_____
UNITED STATES DISTRICT JUDGE

---

[1] It is anticipated by the court that this case will be reassigned to District Judge Jennifer L. Thurston prior to the hearing date set by this order and that the motion will therefore be heard by District Judge Thurston.