HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO MELGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO MELGOZA,<br><br>Defendant. | Case No. 1:21-cr-00192-NONE-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   April 20, 2022<br>Time:   1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Christopher Baker, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Francisco Melgoza, that the status conference currently scheduled for February 2, 2022, at 1:00 p.m. may be continued to April 20, 2022, at 1:00 p.m.

Mr. Melgoza made his initial appearance in this matter on July 13, 2021. *See* Dkt. #4. On November 23, 2021, the parties filed a stipulation setting a briefing schedule and hearing date on a defense motion to suppress. *See* Dkt. #22. The defense filed a motion to suppress on December 10, 2021. *See* Dkt. #23. A hearing was held on the motion before the Honorable Jennifer L. Thurston on January 21, 2022. *See* Dkt. #29. Thereafter, on January 27, 2022, pursuant to a written order, the motion was denied and a status conference was set for February 2, 2022. *See* Dkt. 30.

1	On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to continue the status conference until April 6, 2022, and to exclude time between February 2, 2022, and April 20, 2022, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

The parties agree and stipulate, and request that the Court find the following. The government has provided discovery in this matter. The defense remains in the process of reviewing the discovery with his client and conducting further investigation. Additionally, in light of the denial of the defense motion to suppress on January 27, 2022, the defense requires additional time to discuss the case with his client, to conduct any further investigation and research, and to participate in any plea negotiation discussions with the government.

The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 2, 2022, to April 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: January 31, 2022 | /s/ Christopher Baker<br>CHRISTOPHER BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 31, 2022 | /s/ Reed Grantham<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>FRANCISCO MELGOZA |

**O R D E R**

**IT IS SO ORDERED.** The time period of the date of this order to April 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for February 2, 2022, at 1:00 p.m. is hereby continued to April 20, 2022, at 1:00 p.m.

Date: 1/31/2022                     /s/ Sheila K. Oberto
                                    Hon. Sheila K. Oberto
                                    United States Magistrate Judge