1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FRANCISCO MELGOZA
7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No. 1:21-cr-00192-NONE-SKO

12          Plaintiff,                **STIPULATION TO CONTINUE STATUS**
                                      **CONFERENCE; ORDER**
13 vs.

14 FRANCISCO MELGOZA,                 Date:   June 1, 2022
                                      Time:   1:00 p.m.
15          Defendant.                Judge: Hon. Sheila K. Oberto

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Christopher Baker, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Francisco Melgoza, that the status conference

20 currently scheduled for April 20, 2022, at 1:00 p.m. may be continued to June 1, 2022, at 1:00

21 p.m.

22        Mr. Melgoza made his initial appearance in this matter on July 13, 2021. *See* Dkt. #4. On

23 November 23, 2021, the parties filed a stipulation setting a briefing schedule and hearing date on

24 a defense motion to suppress. *See* Dkt. #22. The defense filed a motion to suppress on December

25 10, 2021. *See* Dkt. #23. A hearing was held on the motion before the Honorable Jennifer L.

26 Thurston on January 21, 2022. *See* Dkt. #29. Thereafter, on January 27, 2022, pursuant to a

27 written order, the motion was denied and a status conference was set for February 2, 2022. *See*

28 Dkt. #30. The matter is currently set for a status conference on April 20, 2022, at 1:00 p.m. *See*

1    Dkt. #33.

2       On May 13, 2020, this Court issued General Order 618, which extended the previous

3    restrictions on courthouse access and in-court hearings until further notice from the Court. This

4    General Order was entered to address public health concerns related to COVID-19. By this

5    stipulation, the parties now move to continue the status conference until June 1, 2022, and to

6    exclude time between April 20, 2022, and June 1, 2022, under 18 U.S.C. §§ 3161(h)(7)(A) and

7    3161(h)(7)(B)(i), (ii) and (iv).

8       The parties agree and stipulate, and request that the Court find the following. The

9    government has provided discovery in this matter. The defense remains in the process of

10    reviewing the discovery with his client and conducting further investigation. Additionally, the

11    parties have engaged in plea negotiations and the defense is in the process of reviewing and

12    discussing the most recent plea offer provided by the government.

13       The requested continuance will conserve time and resources for the parties and the Court.

14    Counsel for defendant believes that failure to grant the above-requested continuance would deny

15    him the reasonable time necessary for effective preparation, taking into account the exercise of

16    due diligence. The government does not object to the continuance.

17       Based on the above-stated findings, the ends of justice served by continuing the case as

18    requested outweigh the interest of the public and the defendant in a trial within the original date

19    prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

20    Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20,

21    2022, to June 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

22    and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at

23    defendant's request on the basis of the Court's finding that the ends of justice served by taking

24    such action outweigh the best interest of the public and the defendant in a speedy trial.

25    //

26    //

27    //

28    //

1

2

3

Date: April 8, 2022

4

5

6

7

8

9

Date: April 8, 2022

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Date:   4/8/2022

24

25

26

27

28

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

*/s/ Christopher Baker*
CHRISTOPHER BAKER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FRANCISCO MELGOZA

## O R D E R

**IT IS SO ORDERED.** The time period of the date of this order to June 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for April 20, 2022, at 1:00 p.m. is hereby continued to June 1, 2022, at 1:00 p.m.

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge