HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO MELGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO MELGOZA,<br><br>Defendant. | Case No. 1:21-cr-00192-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING: ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Christopher D. Baker, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Francisco Melgoza, that the status conference hearing currently scheduled for June 1, 2022, be vacated, and that the matter be set for a change of plea hearing before the Honorable Jennifer L. Thurston on June 3, 2022, at 9:00 a.m.

The parties are requesting that this matter be placed on calendar for change of plea on June 3, 2022, at 9:00 a.m. The parties agree that the delay resulting from the continuance to June 3, 2022, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and defense investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 24, 2022

*/s/ Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 24, 2022

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FRANCISCO MELGOZA

# O R D E R

**IT IS HEREBY ORDERED** that the status conference hearing currently set for Wednesday, June 1, 2022, at 1:00 p.m. before the Honorable Sheila K. Oberto be vacated, and that the matter be set for a change of plea hearing before the Honorable Jennifer L. Thurston on Friday, June 3, 2022, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time through June 3, 2022, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  5/23/2022

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge

Melgoza – Stipulation
and Order

2