HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO MELGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00192-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| FRANCISCO MELGOZA, | Date:   October 14, 2022<br>Time:   9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Christopher D. Baker, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Francisco Melgoza, that the sentencing hearing currently scheduled in the above-captioned matter for September 9, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston, be continued to October 14, 2022, at 9:00 a.m.

On June 3, 2022, Mr. Melgoza entered a guilty plea to Count 1 of the Indictment filed on July 22, 2021. *See* Dkt. #41, #14. At that time, the matter was set for sentencing on September 9, 2022. *See* Dkt. #41. On June 30, 2022, the assigned probation officer contacted undersigned defense counsel to set up the Presentence Investigation Report (PSR) interview with Mr. Melgoza. Unfortunately, at that time, undersigned counsel was not able to set up a phone or

zoom call with Mr. Melgoza to discuss and prepare for the PSR interview since Mr. Melgoza was in pretrial custody at the Lerdo Pre-Trial Facility (Lerdo) in Kern County, and Lerdo had stopped making defendants available for phone or zoom calls. When Lerdo resumed phone and zoom calls with defendants, undersigned counsel set up a zoom call with Mr. Melgoza on July 12, 2022. However, the call was limited in duration to 30 minutes. Because more time was needed to discuss and prepare for the PSR interview, on July 20, 2022, undersigned counsel went in-person to Lerdo to meet with Mr. Melgoza. Thereafter, undersigned counsel contacted the assigned probation officer and suggested either Monday, July 25, 2022, or Tuesday, July 26, 2022, for the PSR interview, however, the assigned probation officer was not available those dates. Due to the schedules of the assigned probation officer and undersigned counsel, the earliest available date for the interview was Tuesday, August 9, 2022.[1]

The assigned probation officer has indicated that a date of October 14, 2022, would provide sufficient time for sentencing purposes. Accordingly, the parties request that the sentencing hearing be continued to this date. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. Additionally, the parties request that the due dates for any informal and formal objections to the PSR be modified in accordance with this request. As this is a sentencing hearing, no exclusion of time is necessary.

                                              Respectfully submitted,
                                              PHILLIP A. TALBERT
                                              United States Attorney

Date: July 26, 2022                                */s/ Christopher D. Baker*
                                              CHRISTOPHER D. BAKER
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

---

[1] Undersigned counsel has scheduled pre-paid leave starting Wednesday, July 27, 2022, through Sunday, August 7, 2022.

Melgoza – Stipulation
and Proposed Order

|  |  |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 26, 2022 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>FRANCISCO MELGOZA |

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Friday, September 9, 2022, at 9:00 a.m. be continued to Friday, October 14, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **July 26, 2022**

UNITED STATES DISTRICT JUDGE

Melgoza – Stipulation
and Proposed Order

3